FRANK T. KLEIGER, Respondent, v. MAURICE SIMMONS, as Property Clerk of the Police Department of the City of New York, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ. [See *ante*, p. 768.]

MENTON REALTY .CORP., Appellant, v. BESSIE TRAKTMAN, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

ANNE MIKORSKI, as Administratrix of the Estate of FRANK C. MIKORSKI, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ. [See *ante*, p. 769.]

MOUNT KISCO NATIONAL BANK AND TRUST COMPANY, as Trustee under a Trust Agreement between JAMES A. BENEDICT, KITTIE D. BENEDICT and MOUNT KISCO NATIONAL BANK AND TRUST COMPANY, Respondent, v. JAMES A. BENEDICT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell and Johnston, JJ.; Nolan, J., not voting. [See *ante*, p. 764.]

KATE SUSLENSKY, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ.

LOUISA ZEIGER, Respondent, v. ELIJAH RILEY et al., Defendants, and HOWARD COAL & COKE Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ. [See *ante*, p. 771.]

MARIE BARDONEK, Respondent, v. STANLEY BARDONEK, Appellant.— Appeal by defendant from an order denying his motion to modify a judgment of separation in respect of the payment of alimony. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ., concur.

GRACE L. CRAWFORD et al., Respondents, v. CITY OF NEW YORK, Appellant.— Action by plaintiff wife to recover damages for personal injuries suffered when she boarded the appellant's bus, and by her husband to recover for expenses and loss of services. Judgment, entered on verdicts in favor of plaintiffs, reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless within ten days after the entry of the order hereon plaintiffs stipulate to reduce the amounts of their verdicts from $11,000 and $2,750, respectively, to $7,000 and $1,250, respectively, in which event the judgment, as so reduced, is unanimously affirmed, without costs. On the proof in the record the amounts of the verdicts were grossly excessive. Hagarty, Acting P. J., Carswell, Johnston, Adel and Nolan, JJ., concur.